IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 17-122 |
| ) | |
| GARY E. MILLS ) | |

**GOVERNMENT'S SUPPLEMENTAL TO MOTION *IN LIMNE*
TO LIMIT OR PRECLUDE DEFENDANT'S EXPERT TESTIMONY**

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Shardul S. Desai, Assistant United States Attorneys in and for said District, and respectfully files the following Supplemental to the Government's Motion *in Limine* to Limit or Preclude Defendant's Expert Testimony (Dkt. # 207). Attached as exhibits are Dr. Franzen's examination report and CV.

SCOTT W. BRADY
United States Attorney

By:  s/ *Shardul S. Desai*
SHARDUL S. DESAI
Assistant U.S. Attorney
DC ID No. 990299